# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ROGER DALE CHARLES II,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00136-MR |
| | ) | 2:04-cr-00027-MR-DLH |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 1, 2017 Memorandum of Decision and Order.

September 1, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court